# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN JOSEPH MCDONALD,
Appellant,

vs.

ALLISON LYNN MCDONALD,
Respondent.

No. 83585

**FILED**

NOV 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Soonhee Bailey, Judge.

On May 24, 2022, this court entered an order reinstating the briefing schedule and directing appellant to file the opening brief within 90 days. Pursuant to that order, the opening brief was due to be filed by August 22, 2022. Appellant did not file the brief. On September 19, 2022, this court entered an order approving the withdraw of counsel for respondent and directing appellant to file the opening brief within 14 days. Pursuant to that order, the opening brief was due to be filed by October 3, 2022. Both orders cautioned appellant that failure to timely file an informal brief or an opening brief could result in the dismissal of this appeal. *See* NRAP 31(d). To date, appellant has not filed the brief. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

Supreme Court
OF
Nevada

(O) 1947A

22-34699

cc: Hon. Soonhee Bailey, District Judge, Family Court Division
John Joseph McDonald
Robinson Law Group
Law Practice, Ltd.
Eighth District Court Clerk